IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:11-2255 |
|  | ) |  |
| vs. | ) |  |
|  | ) | **ORDER** |
| **RANDY JOHNSON** | ) | **(Dismissing Indictment)** |

**UPON MOTION** of the United States of America by and through its counsel,

**IT IS HEREBY ORDERED AND DECREED** that the Indictment, Criminal Number 4:11-2255, filed October 25, 2011, against the Defendant, **RANDY JOHNSON**, be and the same is hereby dismissed without prejudice.

s/Terry L. Wooten
TERRY L. WOOTEN
CHIEF UNITED STATES DISTRICT JUDGE

December 19, 2014
Columbia, S.C.